IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CARRIE HART, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 322-015 |
| | * | |
| GAYCO INC., | * | |
| | * | |
| Defendant. | * | |

O R D E R

The parties have filed a "Notice of Settlement and Joint Stipulation of Dismissal With Prejudice," indicating that the parties have reached a settlement. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE